# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

KEITH ASHLOCK,
ADC #142034                                                                 PLAINTIFF

V.                                 5:12CV00316 KGB/JTR

RAY HOBBS, Director,
Arkansas Department of Correction, et al.                    DEFENDANTS


## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and   ADJUDGED that this case is DISMISSED, WITHOUT

PREJUDICE, for failing to state a claim upon which relief may be granted.  Further,

the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis*

appeal would not be taken in good faith.

SO ORDERED this ⎽1⎽7⎽ day of October, 2012.


_____
Kristine G. Baker
United States District Judge