IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEITH ASHLOCK,
ADC #142034                                                                                    PLAINTIFF

V.                          5:12CV00316 KGB/JTR

RAY HOBBS, Director,
Arkansas Department of Correction, et al.                                   DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, for failing to state a claim upon which relief may be granted. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

SO ORDERED this 17 day of October, 2012.

_____
Kristine G. Baker
United States District Judge